Court of Appeals for the Seventh Circuit granted. The Chief Justice and Mr. Justice Murphy took no part in the consideration or decision of this application. *Solicitor General Fahy* for the United States.

No. 955. Armour & Co. *v.* Wantock et al. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Chas. J. Faulkner, Jr., John Potts Barnes, R. F. Feagans,* and *Paul E. Blanchard* for petitioner.

No. 218. Skidmore et al. *v.* Swift & Co. May 29, 1944. The order denying certiorari, 320 U. S. 763, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is granted. *Mr. Mack Taylor* for petitioners.

No. 587. Securities & Exchange Commission *v.* Engineers Public Service Co. et al.; and

No. 635. Engineers Public Service Co. et al. *v.* Securities & Exchange Commission. June 5, 1944. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General Fahy* and *Mr. Milton V. Freeman* for the Securities & Exchange Commission. *Messrs. William E. Tucker, T. Justice Moore, Paul D. Miller,* and *George D. Gibson* for Engineers Public Service Co. et al. Reported below: 138 F. 2d 936.

No. 836. McCullough *v.* Kammerer Corporation et al. See *post,* p. 766.